# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 785 MAL 2014
:
      Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
    v. :
:
:
:
DONALD L. LAMEY, :
:
      Petitioner :

## ORDER

**PER CURIAM**

  **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.